# UNITED STATES DISTRICT COURT

EASTERN District of PENNSYLVANIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| V. | **(For a Petty Offense)** |
| CAROLYN D. KRAFT | CASE NUMBER: 3928231 & 3928232 |
| | USM NUMBER: 15M0001323-001 |
| | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded   ☐ guilty   ☐ nolo contendere to count(s) _____

X
☐ **THE DEFENDANT** was found guilty on count(s) 1 AND 2

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 36 CFR Sec. 2.32 | INTERFERRING W/AGENCY FUNCTION | 04/26/2015 | 1 |
| 36 CFR Sec. 2.15 | DOG OFF LEASH | 04/26/2015 | 2 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

Count(s) _____ is   are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: [redacted]

November 25, 2015
Date of Imposition of Judgment

Signature of Judge

JACOB P. HART, US MAGISTRATE JUDGE
Name and Title of Judge

Defendant's Residence Address:
245 Country Lane
Phoenixville   PA 19460

Date   December 10, 2015

Defendant's Mailing Address:
Same as above

Judgment — Page 2 of 2

DEFENDANT: CAROLYN D. KRAFT
CASE NUMBER: 15M0001323-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 50 | $ 250.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 50.00 | $ 250.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

   ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
          Sheet 3A — Criminal Monetary Penalties

Judgment — Page   4   of   7